NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHELE STERRETT,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2011-3210

---

Appeal from the Merit Systems Protection Board in case no. SF0752100403-I-1.

---

**JUDGMENT**

---

LLOYD EDWARD TOOKS, Attorney at Law, of San Diego, California, argued for petitioner.

SHELLEY D. WEGER, Trial Attorney, Commercial Litigation Branch, Civil Division United States Department of Justice, of Washington, DC, argued for respondent. On the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, MARTIN F. HOCKEY, Assistant Director, and JANE W. VANNEMAN, Senior Trial Counsel. Of counsel on the brief was DALE S. BIRDOFF, Office of Counsel, Naval Sea Systems Command, United States Department of the Navy, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 14, 2012             /s/ Jan Horbaly
Date                   Jan Horbaly
                       Clerk